# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv480

| | |
|---|---|
| THOMAS OLSEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IPEX, INC. and IPEX USA, LLC, )<br>)<br>Defendants. )<br>） | **O R D E R** |

**THIS MATTER** is before the Court on the motions of the Defendants Ipex, Inc. and Ipex USA, LLC for admission of attorneys Richard L. Josephson and Russell Lewis as counsel *pro hac vice*. [Docs. 13 & 14].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions are **ALLOWED**, and Richard L. Josephson and Russell Lewis are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: February 3, 2009

Martin Reidinger
United States District Judge