**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:08cv480**

| | |
|---|---|
| **THOMAS OLSEN,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**IPEX, INC. and IPEX USA, LLC,** )<br>)<br>**Defendants.** )<br>) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of the Plaintiff Thomas Olsen for admission of attorney Brendan Thompson as counsel *pro hac vice*. [Doc. 21].

Upon careful review and consideration, the Court concludes that the motion will be granted. The Court notes, however, that the attorney who is the subject of this motion, Brendan Thompson, is the **sixth** attorney to be admitted *pro hac vice* for the Plaintiff in this matter, in addition to the two members of this Court who have made appearances herein on behalf of the Plaintiff. No further *pro hac vice* admissions will be allowed for the Plaintiff in this matter absent a showing of good cause for such.

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Brendan Thompson is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: February 11, 2009

Martin Reidinger
United States District Judge